■ HARTFORD INSURANCE GROUP, Respondent, v CARLSON EQUIPMENT CORP. et al., Respondents, and CRUM & FORSTER INSURANCE COMPANIES (NORTH RIVER INSURANCE COMPANY), Appellant. — In an action for a declaratory judgment that defendant Crum & Forster Insurance Companies (North River Insurance Company) is the primary insurer of a certain leased vehicle, that defendant appeals from a judgment of the Supreme Court, Suffolk County (Geiler, J.), dated October 28, 1983, which declared that it was "estopped" from denying that it was the primary insurance carrier. ¶ Judgment modified, on the law, by deleting the words "is hereby estopped from denying it", and by adding after the word "carrier", the following: "with respect to the accident which occurred on November 16, 1978, involving a vehicle leased by defendant Carlson Equipment Corporation to defendant George W. Walsh Contracting Corporation." As so modified, judgment affirmed, without costs or disbursements. ¶ Although Special Term properly noted that appellant was the primary insurer, its decretal paragraph inartfully included the words "is hereby estopped from denying it", rather than simply declaring the rights between Crum & Forster and the Hartford Insurance Group. We have modified the decretal paragraph accordingly. Bracken, J. P., Niehoff, Rubin and Eiber, JJ., concur.